# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

J.G.G., *et al.*,

*Plaintiffs–Petitioners*,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

*Defendants–Respondents*.

Case No: 1-25-00766

## CERTIFICATE OF COUNSEL REQUIRED BY LOCAL RULE 65.1(a)

Pursuant to Local Rule 65.1(a), the undersigned counsel for Plaintiffs-Petitioners

("Plaintiffs") hereby certifies as follows:

1.  At 12:55 am on March 15, 2025, undersigned counsel emailed Sarah S. Wilson

    (Sarah.S.Wilson@usdoj.gov) and Erez R. Reuveni (erez.r.reuveni@usdoj.gov) of the

    Department of Justice to advise them that Plaintiffs-Petitioners would be seeking a

    Temporary Restraining Order, but did not hear back from government counsel.

2.  Copies of all pleadings and papers filed in this action to date will be delivered to

    Defendants-Respondents by emails addressed to Sarah S. Wilson

    (Sarah.S.Wilson@usdoj.gov) and Erez R. Reuveni (erez.r.reuveni@usdoj.gov) at the

    Department of Justice. A copy of the summons and file-stamped papers will be

    emailed to the same recipients promptly after receiving summonses from the Clerk of

    Court, and paper copies will be served promptly thereafter.

1

Dated: March 15, 2025

Noelle Smith*
Oscar Sarabia Roman*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
nsmith@aclu.org
osarabia@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
529 14th Street, NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
aspitzer@acludc.org
smichelman@acludc.org

Respectfully submitted,

/s/ *Lee Gelernt*
Lee Gelernt (D.D.C. Bar No. NY0408)
Daniel Galindo (D.D.C. Bar No. NY035)
Ashley Gorski*
Omar C. Jadwat*
Hina Shamsi (D.D.C. Bar No. MI0071)
Patrick Toomey*
Sidra Mahfooz*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org
dgalindo@aclu.org
agorski@aclu.org
ojadwat@aclu.org
hshamsi@aclu.org
ptoomey@aclu.org
smahfooz@aclu.org

Somil B. Trivedi (D.C. Bar No. 1617967)
Bradley Girard (D.C. Bar No. 1033743)
Michael Waldman (D.C. Bar No. 414646)
Sarah Rich*
Skye Perryman (D.C. Bar No. 984573)
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
strivedi@democracyforward.org
bgirard@democracyforward.org
mwaldman@democracyforward.org
srich@democracyforward.org
sperryman@democracyforward.org

*Attorneys for Plaintiffs-Petitioners*

*\*Pro bono representation certificates or
Pro hac vice motions forthcoming*

2