APPEAL,PSEUDO−GR,TYPE−D

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:25−cv−00766−JEB
### *Internal Use Only*

J.G.G. et al v. TRUMP et al  
Assigned to: Chief Judge James E. Boasberg  
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 03/15/2025  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**J.G.G.**  represented by  **Arthur B. Spitzer**  
ACLU OF THE DISTRICT OF COLUMBIA  
529 14th Street, NW  
Suite 722  
Washington, DC 20045  
202−601−4266  
Email: aspitzer@acludc.org  
*ATTORNEY TO BE NOTICED*

**Bradley Girard**  
DEMOCRACY FORWARD FOUNDATION  
P.O. Box 34553  
Washington, DC 20043  
201−824−1304  
Email: bgirard@democracyforward.org  
*ATTORNEY TO BE NOTICED*

**Daniel Antonio Galindo**  
AMERICAN CIVIL LIBERTIES UNION FOUNDATION  
125 Broad Street  
Suite 18th Floor  
New York  
New York, NY 10004  
646−905−8907  
Email: dgalindo@aclu.org  
*ATTORNEY TO BE NOTICED*

**Scott Michelman**  
ACLU FOUNDATION OF THE DISTRICT OF COLUMBIA  
529 14th Street NW, Suite 722  
Washington, DC 20045  
202−601−4267  
Email: smichelman@acludc.org  
*ATTORNEY TO BE NOTICED*

>**Skye Perryman**
>DEMOCRACY FORWARD
>FOUNDATION
>P.O. Box 34553
>Washington, DC 20043
>254–722–5745
>Email: sperryman@democracyforward.org
>*ATTORNEY TO BE NOTICED*
>
>**Somil Trivedi**
>DEMOCRACY FORWARD
>FOUNDATION
>P.O. Box 34553
>Washington, DC 20043
>202–904–7727
>Email: strivedi@democracyforward.org
>*ATTORNEY TO BE NOTICED*
>
>**Lee Gelernt**
>AMERICAN CIVIL LIBERTIES UNION
>125 Broad St.
>18th Floor
>New York, NY 10004
>212–549–2616
>Fax: 212–549–2654
>Email: lgelernt@aclu.org
>*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **G.F.F.** | represented by | **Arthur B. Spitzer** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Bradley Girard** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Daniel Antonio Galindo** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Scott Michelman** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Skye Perryman** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Somil Trivedi** (See above for address) |

|  |  |  |
|---|---|---|
|  |  | *ATTORNEY TO BE NOTICED* |
|  |  | **Lee Gelernt**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |  |
| **J.G.O.** | represented by | **Arthur B. Spitzer**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Bradley Girard**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Daniel Antonio Galindo**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Scott Michelman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Skye Perryman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Somil Trivedi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Lee Gelernt**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |  |
| **W.G.H.** | represented by | **Arthur B. Spitzer**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Bradley Girard**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Daniel Antonio Galindo**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Scott Michelman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

                  **Skye Perryman**
(See above for address)
*ATTORNEY TO BE NOTICED*

                  **Somil Trivedi**
(See above for address)
*ATTORNEY TO BE NOTICED*

                  **Lee Gelernt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J.A.V.**   represented by   **Arthur B. Spitzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

                  **Bradley Girard**
(See above for address)
*ATTORNEY TO BE NOTICED*

                  **Daniel Antonio Galindo**
(See above for address)
*ATTORNEY TO BE NOTICED*

                  **Scott Michelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

                  **Skye Perryman**
(See above for address)
*ATTORNEY TO BE NOTICED*

                  **Somil Trivedi**
(See above for address)
*ATTORNEY TO BE NOTICED*

                  **Lee Gelernt**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DONALD J. TRUMP**   represented by   **Christina Greer**
*in his official capacity as President of the United States*
                  US DEPARTMENT OF JUSTICE, CIVIL DIVISION
P.O. Box 878
Ben Franklin Station
Washington, DC 20044

(202) 598–8770
Email: christina.p.greer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Drew C Ensign**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue
Washington, DC 20004
202–514–2331
Email: drew.c.ensign@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PAMELA BONDI**   represented by   **Christina Greer**
*Attorney General of the United States, in*                 (See above for address)
*her official capacity*                                      *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Drew C Ensign**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**KRISTI NOEM**   represented by   **Christina Greer**
*Secretary of the U.S. Department of*              (See above for address)
*Homeland Security, in her official*               *LEAD ATTORNEY*
*capacity*                                         *ATTORNEY TO BE NOTICED*

**Drew C Ensign**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. DEPARTMENT OF**   represented by   **Christina Greer**
**HOMELAND SECURITY**                     (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Drew C Ensign**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MADISON SHEAHAN**   represented by   **Christina Greer**
*Acting Director and Senior Official*              (See above for address)

*Performing the Duties of the Director of U.S. Immigration and Customs Enforcement, in her official capacity*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Drew C Ensign**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**   represented by   **Christina Greer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Drew C Ensign**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MARCO RUBIO**
*Secretary of State, in his official capacity*   represented by   **Christina Greer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Drew C Ensign**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. STATE DEPARTMENT**   represented by   **Christina Greer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Drew C Ensign**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/15/2025 | 1 | COMPLAINT against All Defendants ( Filing fee $ 405 receipt number ADCDC−11544662) filed by J.G.O., G.F.F., J.G.G., W.G.H., J.A.V.. (Attachments: # 1 Civil Cover Sheet, # 2 Summons Donald J. Trump, # 3 Summons Pamela Bondi, # 4 Summons Kristi Noem, # 5 Summons DHS, # 6 Summons Madison Sheahan, # 7 Summons ICE, # 8 Summons Marco Rubio, # 9 Summons DOS, # 10 Summons USAO)(Gelernt, Lee) (Entered: 03/15/2025) |

| | | |
|---|---|---|
| 03/15/2025 | 2 | SEALED MOTION to Proceed Under Pseudonym filed by J.G.G., G.F.F., J.G.O., W.G.H., J.A.V. (Attachments: # 1 Declaration of J.G.G., # 2 Declaration of W.G.H., # 3 Declaration of Molly Lauterback, # 4 Declaration of J.A.V., # 5 Declaration of Grace Carney, # 6 Text of Proposed Order)(Gelernt, Lee) (Entered: 03/15/2025) |
| 03/15/2025 | 3 | MOTION for Temporary Restraining Order by J.G.G., G.F.F., J.G.O., W.G.H., J.A.V.. (Attachments: # 1 Certificate of Counsel, # 2 Memorandum in Support, # 3 Declaration of J.G.G., # 4 Declaration of Grace Carney, # 5 Declaration of J.G.O., # 6 Declaration of W.G.H., # 7 Declaration of Molly Laterback, # 8 Declaration of J.A.V., # 9 Text of Proposed Order)(Gelernt, Lee) (Entered: 03/15/2025) |
| 03/15/2025 | 4 | MOTION to Certify Class by J.G.G., G.F.F., J.G.O., W.G.H., J.A.V.. (Attachments: # 1 Declaration of Daniel Galindo, # 2 Text of Proposed Order)(Gelernt, Lee) (Entered: 03/15/2025) |
| 03/15/2025 | 5 | NOTICE of Appearance by Daniel Antonio Galindo on behalf of All Plaintiffs (Galindo, Daniel) (Entered: 03/15/2025) |
| 03/15/2025 | | MINUTE ORDER granting 2 SEALED MOTION to Proceed Under Pseudonym. The Court has reviewed Plaintiffs' 2 Motion to Proceed Pseudonymously. Given the expedited nature of this matter, it determines that a full Opinion is not practical at this time. Believing that Plaintiffs have made the required showing on the relevant factors, the Court ORDERS that: 1) Their 2 Motion is GRANTED; and 2) They shall be permitted to proceed pseudonymously unless and until the assigned judge determines otherwise. Signed by Chief Judge James E. Boasberg on 3/15/2025. (zjd) Modified on 3/15/2025 (zjd). (Entered: 03/15/2025) |
| 03/15/2025 | | Case Assigned to Chief Judge James E. Boasberg. (zjd) (Entered: 03/15/2025) |
| 03/15/2025 | 6 | SUMMONS (9) Issued Electronically as to All Defendants, U.S. Attorney, and U.S. Attorney General. (Attachments: # 1 Notice and Consent) (zjd) (Entered: 03/15/2025) |
| 03/15/2025 | 7 | NOTICE of Appearance by Bradley Girard on behalf of All Plaintiffs (Girard, Bradley) (Entered: 03/15/2025) |
| 03/15/2025 | | MINUTE ORDER: The Court has reviewed Plaintiffs' Complaint and Motion for Temporary Restraining Order. Given the exigent circumstances that it has been made aware of this morning, it has determined that an immediate Order is warranted to maintain the status quo until a hearing can be set. As Plaintiffs have satisfied the four factors governing the issuance of preliminary relief, the Court accordingly ORDERS that: 1) Plaintiffs' 3 Motion for TRO is GRANTED; 2) Defendants shall not remove any of the individual Plaintiffs from the United States for 14 days absent further Order of the Court; and 3) The parties shall appear for a Zoom hearing on March 17, 2025, at 4:00 p.m. The hearing will proceed by videoconference for the parties and by telephone for members of the public. Toll free number: 833–990–9400. Meeting ID: 049550816. So ORDERED by Chief Judge James E. Boasberg on 3/15/2025. (lcjeb1) Modified to add public access line on 3/15/2025 (znbn). (Entered: 03/15/2025) |
| 03/15/2025 | 8 | NOTICE of Appearance by Skye Perryman on behalf of All Plaintiffs (Perryman, Skye) (Entered: 03/15/2025) |
| 03/15/2025 | 9 | NOTICE of Appearance by Somil Trivedi on behalf of All Plaintiffs (Trivedi, Somil) (Entered: 03/15/2025) |
| 03/15/2025 | | MINUTE ORDER: The Court ORDERS that the parties shall appear for Zoom hearing on Plaintiffs' 4 Motion for Class Certification on March 15, 2025, at 5:00 p.m. The |

7

| | | |
|---|---|---|
| | | hearing will proceed by videoconference for the parties and by telephone for members of the public. Toll free number: 833–990–9400. Meeting ID: 049550816. So ORDERED by Chief Judge James E. Boasberg on 3/15/2025. (lcjeb1) (Entered: 03/15/2025) |
| 03/15/2025 | 10 | NOTICE of Appearance by Scott Michelman on behalf of All Plaintiffs (Michelman, Scott) (Entered: 03/15/2025) |
| 03/15/2025 | | Set/Reset Hearings: Hearing set for 3/17/2025 at 04:00 PM via Zoom (Audio Line Available) before Chief Judge James E. Boasberg. (znbn) Modified to correct hearing location on 3/15/2025 (znbn). (Entered: 03/15/2025) |
| 03/15/2025 | 11 | NOTICE of Appearance by Christina Greer on behalf of All Defendants (Greer, Christina) (Entered: 03/15/2025) |
| 03/15/2025 | 12 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to Order on Motion for TRO,,, by MADISON SHEAHAN, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. STATE DEPARTMENT, DONALD J. TRUMP, PAMELA BONDI, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY. Fee Status: No Fee Paid. Parties have been notified. (Greer, Christina) (Entered: 03/15/2025) |
| 03/15/2025 | 13 | NOTICE of Appearance by Arthur B. Spitzer on behalf of All Plaintiffs (Spitzer, Arthur) (Entered: 03/15/2025) |
| 03/15/2025 | 14 | Transmission of the Notice of Appeal, Minute Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the government re 12 Notice of Appeal to DC Circuit Court. (zjd) (Entered: 03/15/2025) |
| 03/15/2025 | 15 | NOTICE of Appearance by Christina Greer on behalf of All Defendants (Greer, Christina) (Entered: 03/15/2025) |
| 03/15/2025 | 16 | NOTICE of Appearance by Drew C Ensign on behalf of All Defendants (Ensign, Drew) (Entered: 03/15/2025) |
| 03/15/2025 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Motion Hearing held via Zoom (with public access line) on 3/15/2025 re 4 MOTION to Certify Class filed by J.G.O., W.G.H., J.G.G., G.F.F., J.A.V.. Oral arguments heard. Order forthcoming. (Court Reporter Tammy Nestor) (znbn) (Entered: 03/15/2025) |
| 03/15/2025 | | MINUTE ORDER: As discussed in today's hearing, the Court ORDERS that: 1) Plaintiffs' 4 Motion for Class Certification is GRANTED insofar as a class consisting of "All noncitizens in U.S. custody who are subject to the March 15, 2025, Presidential Proclamation entitled 'Invocation of the Alien Enemies Act Regarding the Invasion of The United States by Tren De Aragua' and its implementation" is provisionally certified; 2) The Government is ENJOINED from removing members of such class (not otherwise subject to removal) pursuant to the Proclamation for 14 days or until further Order of the Court; 3) The Government shall file any Motion to Vacate this TRO by March 17, 2025, with Plaintiffs' Opposition due by March 19, 2025; and 4) The hearing set for March 17, 2025, is VACATED and RESET for March 21, 2025, at 2:30 p.m. via Zoom. So ORDERED by Chief Judge James E. Boasberg on 3/15/2025. (lcjeb1) (Entered: 03/15/2025) |
| 03/15/2025 | 17 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to Order on Motion to Certify Class,,,, Set/Reset Deadlines,,, by MADISON SHEAHAN, U.S. IMMIGRATION |

|  |  |
|---|---|
|  | AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. STATE DEPARTMENT, DONALD J. TRUMP, PAMELA BONDI, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY. Fee Status: No Fee Paid. Parties have been notified. (Greer, Christina) (Entered: 03/15/2025) |

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: **J.G.G. et al.**

vs.

Civil Action No. **1:25-cv-00766-JEB**

Defendant: **Donald J. Trump et al.**

## CIVIL NOTICE OF APPEAL

Notice is hereby given this  15  day of   March   20 25 , that all Defendants hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this court entered on the  15  day of   March  , 20 25 , in favor of all Plaintiffs against said all Defendants, namely the unnumbered minute order entered at 7:26 PM

Attorney/Pro Se Party Signature: 

Name: Christina P. Greer

Address: US DEPARTMENT OF JUSTICE, CIVIL DIV.

P.O. Box 878

Washington, DC 20044

Telephone: ( 202 )  598-8770 

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
Rev. June 2017

U.S. District Court

District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 3/15/2025 at 7:25 PM and filed on 3/15/2025

**Case Name:**       J.G.G. et al v. TRUMP et al
**Case Number:**     1:25−cv−00766−JEB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
 **MINUTE ORDER: As discussed in today's hearing, the Court ORDERS that: 1) Plaintiffs' [4] Motion for Class Certification is GRANTED insofar as a class consisting of "All noncitizens in U.S. custody who are subject to the March 15, 2025, Presidential Proclamation entitled 'Invocation of the Alien Enemies Act Regarding the Invasion of The United States by Tren De Aragua' and its implementation" is provisionally certified; 2) The Government is ENJOINED from removing members of such class (not otherwise subject to removal) pursuant to the Proclamation for 14 days or until further Order of the Court; 3) The Government shall file any Motion to Vacate this TRO by March 17, 2025, with Plaintiffs' Opposition due by March 19, 2025; and 4) The hearing set for March 17, 2025, is VACATED and RESET for March 21, 2025, at 2:30 p.m. via Zoom. So ORDERED by Chief Judge James E. Boasberg on 3/15/2025. (lcjeb1)**

**1:25−cv−00766−JEB Notice has been electronically mailed to:**

Arthur B. Spitzer      aspitzer@acludc.org, 3598778420@filings.docketbird.com, 4094714420@filings.docketbird.com, ECFnoticesbackup@gmail.com, artspitzer@gmail.com

Lee Gelernt      lgelernt@aclu.org, lee−gelernt−6966@ecf.pacerpro.com

Scott Michelman      smichelman@acludc.org, aadetoro@acludc.org

Drew C Ensign      drew.c.ensign@usdoj.gov, ACL@azag.gov

Skye Perryman      sperryman@democracyforward.org, ecf@democracyforward.org

Bradley Girard      bgirard@democracyforward.org

Christina Greer      christina.p.greer@usdoj.gov

Daniel Antonio Galindo      dgalindo@aclu.org, daniel−galindo−7083@ecf.pacerpro.com

Somil Trivedi      strivedi@democracyforward.org

**1:25−cv−00766−JEB Notice will be delivered by other means to::**